BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-MJ-0076 SKO |
| Plaintiff, | MOTION TO DISMISS COMPLAINT; PROPOSED ORDER |
| v. | |
| OSVALDO OLARTE-GOICOCHEA, | |
| aka Ricardo Montana-Lopez, | |
| Defendant. | |

The United States of America ("the government"), by and through Benjamin B. Wagner, United States Attorney, and Mia A. Giacomazzi, Assistant United States Attorney, hereby moves this Court for permission to dismiss without prejudice the complaint against Osvaldo Olarte-Goicochea ("defendant") in the in Case No. 1:15-MJ-076 SKO. Good cause exists to dismiss without prejudice the indictment against the defendant in the interest of justice, and pursuant to Fed. R. Crim. P. 48(a), as the Fresno County local authorities have a pending case against him, but the federal warrant is interfering with the local criminal proceedings.

Dated: May 21, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Mia A. Giacomazzi
MIA A. GIACOMAZZI
Assistant United States Attorney

1

## **ORDER**

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the criminal complaint in Case Number 1:15-MJ-0076 SKO shall be DISMISSED without prejudice. The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 21, 2015**                              **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE